

**COHEN WEISS AND SIMON LLP**

Zachary N. Leeds, Associate
Tel:  212.356.0243
Fax:  646.473.8243
zleeds@cwsny.com
www.cwsny.com

330 West 42nd Street • New York, NY 10036-6979

July 24, 2015

<u>By Electronic Case Filing and First Class Mail</u>

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Nelson et al., v. Route Messenger Service, Inc.* et al.,
            11-CV-06358 (ENV)(SMG)

Dear Judge Vitaliano:

      This firm represents plaintiffs in this case. Please find enclosed a courtesy copy of the Notice of Dismissal of the action, filed today. Please also find enclosed a courtesy copy of the Stipulation of Dismissal regarding the defendants that appeared in the action, filed previously (Docket 60). We respectfully request that the Court so order the Stipulation of Dismissal.

      Thank you for your consideration.

                            Respectfully Submitted,

                            /s/ Zachary N. Leeds

Enclosure (Notice of Dismissal, Stipulation of Dismissal)

cc:    Keith McMurdy (by ECF)
       Jim Lemonedes (by ECF)